# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158423

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  158423
COA:  334806
Macomb CC:  2016-000099-FC

DIONTE DESHAUN CLINGMAN,
      Defendant-Appellant.

_____/

By order of May 28, 2019, the application for leave to appeal the July 24, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Harbison* (Docket No. 157404). On order of the Court, the case having been decided on July 11, 2019, 504 Mich 230 (2019), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *People v Thorpe* and *People v Harbison*, 504 Mich 230 (2019).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

s1218